| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Lane, Sean H. | 2. Court or Organization U.S. Bankruptcy Court for the Southern District of NY | 3. Date of Report 06/10/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Bankruptcy Judge - full time | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
Alexander Customs House, One Bowling Green
New York, N.Y.
10004

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | Continuing | Participation in Baker Hostetler 401k plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lane, Sean H. | 06/10/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Salary and bonus from Group Hospitalization and Medical Services, Inc. (Washington D.C.) dba CareFirst BlueCross |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute/ NY Institute of Credit/ Turnaround Management Assoc. | 5/1-2/2014 | Uncasville CT | Speaker at Eighth Annual Credit and Bankruptcy Symposium | One night at hotel; meals; and mileage/ tolls for travel by car. |
| 2. | Wisconsin Bar Association | 6/25-27/2014 | Lake Geneva, WI | Speaker on evidence panel for annual conference of Wisconsin Bar Association | Two nights at hotel; airfare and other travel expenses; meals |
| 3. | Hudson Valley Bar Association | 9/11-12/2014 | Poughkeepsie, N.Y. | Speaker at event entitled New Deal for Consumer Bankruptcy | One night at hotel; mileage and tolls for travel by car; meals; given book, bottle of wine and nominal continuing legal education fee. |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lane, Sean H. | 06/10/2015 |

| | | | | |
|---|---|---|---|---|
| 4. | National Association of Attorneys General | 9/15-16/2014 | Providence, RI | Speaker at Annual Meeting | Two nights hotel; travel expenses including Amtrak; meals |
| 5. | American Bankruptcy Institute | 10/23-24/2014 | Washington DC | Speaker at Views from the Bench panel | One night at hotel; travel expenses, including mileage, tolls and parking for travel by car; meals |
| 6. | American Bankruptcy Institute | 11/12-13/2014 | Chicago, IL | Speaker at Mid Level Seminar | One night at hotel; travel expenses, including airfare; meals |
| 7. | Federal Bar Council | 11/26/2014 | New York, NY | Annual Thanksgiving Lunceon | Ticket for event (including lunch) |
| 8. | | | | | |
| 9. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | University of Notre Dame | Tuition | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lane, Sean H. | 06/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Fidelity 401k (Baker Hostetler), including: | D | Int./Div. | M | T | | | | | |
| 2. | - Fidelity Growth Co. K. | D | Int./Div. | L | T | | | | | |
| 3. | - Spartan 500 Index Inst (previously Spartan 500 Index Ind.) | C | Int./Div. | K | T | | | | | |
| 4. | - TRP Div. Growth | C | Int./Div. | K | T | | | K | | |
| 5. | Trust # 1(title to house in Hartsdale, New York) | | None | N | W | | | | | |
| 6. | Carefirst BlueCross BlueShield 401k, including: | | | | | | | | | |
| 7. | - Fid. Dividend Gr, K | E | Int./Div. | M | T | | | | | |
| 8. | - Artisan Mid Cap Inv | D | Int./Div. | L | T | | | | | |
| 9. | - Fidelity Freedom K | D | Int./Div. | N | T | | | | | |
| 10. | U.S. Savings Bonds (combined value of all) | C | Int./Div. | K | W | Redeemed (part) | 12/29/14 | J | C | |
| 11. | Northwestern Mutual Life Insurance, including: | | | | | | | | | |
| 12. | - Policy #1 (nonterm with cash value) | A | Int./Div. | J | T | | | | | |
| 13. | - Policy #2 (nonterm with cash value) | A | Int./Div. | J | T | | | | | |
| 14. | NY State 529 Plans (total value for all), including: | E | Int./Div. | M | T | | | | | |
| 15. | - Mid Cap Stock Index Portfolio | C | Int./Div. | L | T | | | | | |
| 16. | - Growth Stock Index Portfolio | C | Int./Div. | K | T | | | | | |
| 17. | - Small Cap Stock Index Port. | C | Int./Div. | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lane, Sean H. | 06/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Aggressive Growth Port. | D | Int./Div. | K | T | | | | | |
| 19. Chase Bank Account (including savings and checking accounts) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lane, Sean H. | 06/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

One note for Part VII, Investments and Trusts: there are no reportable assets in Trust #1 (line 6).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sean H. Lane**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544